UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6045-CR-HURLEY

FILED BY __ D.C.
FEB 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

MAGISTRATE JUDGE
VITUNAC

IN RE: GRAND JURY 98-02 FTL   )
_____ )

## MOTION TO SEAL

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby requests this Court for an order sealing the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, this Motion to Seal, and Sealing Order, with the exception of copies of the Warrant for Arrest to be provided to the U.S. Marshals Service relative to the above captioned matter, until such time as the defendant is arrested or until further order of the Court.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY
FL Bar Number: 208035
500 East Broward Blvd, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3593
Facsimile: (954) 356-7336

