UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6045-CR-HURLEY



MAGISTRATE JUDGE
VITUNAC

IN RE: GRAND JURY 98-02 FLT )
_____ )

### ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Government's Motion is hereby granted, and the Clerk of the Court shall seal the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheet, this Motion to Seal, and Sealing Order with the exception of copies of the Warrant for Arrest to be provided to the U.S. Marshals Service, until the defendant is arrested or until further order of the Court.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 24th day of February, 2000.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Jeffrey H. Kay