

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **00-6045**cr - HURLEY

18 U.S.C. 1343

UNITED STATES OF AMERICA,          :

                    PLAINTIFF,      :

v.                                  :

THOMAS RANUM,                       :

                    DEFENDANT.      :

————————————————————

INDICTMENT

The Grand Jury charges that:

COUNT I

From on or about March 8, 1995, to on or about March 15, 1995, in Broward County, in

the Southern District of Florida, and elsewhere, the defendant,

THOMAS RANUM,

knowingly, willfully and with intent to defraud devised a scheme and artifice to defraud and to

obtain money and property by means of false and fraudulent pretenses, representations, and

promises, the defendant well knowing the pretenses, representations, and promises were false and

fraudulent when made, to wit: the defrauding of Axel Schutte in Oberlinghausen, Germany,

through assurances and promises that the below specified funds would be used for the purchase

of a Mercedes Benz vehicle, and transmitted and caused to be transmitted by means of wire

communications in foreign commerce, writings, signs, and signals, that is, a wire transfer of

money in the amount of $192,932.86 from the Commerzebank in Germany to the Barnett Bank in

Fort Lauderdale, Florida, for the purpose of executing the scheme and artifice to defraud.

All in violation of Title 18, United States Code, Section 1343.

A TRUE BILL

_Richard M. Sloan_
FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                **CASE NO.**     _____

v.

THOMAS RANUM                                **CERTIFICATE OF TRIAL ATTORNEY***
_____                 **Superseding Case Information**:

**Court Division**: (Select One)            New Defendant(s)        Yes ____   No ____
                                            Number of New Defendants     ____
___ Miami    ___Key West                    Total number of counts       ____
X__ FTL      ___ WPB    ___FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:      (Yes or No)  NO_____
     List language and/or dialect     _____

4.   This case will take    2___  days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                          (Check only one)

     I      0 to 5 days          X____        Petty        _____
     II     6 to 10 days         _____        Minor        _____
     III    11 to 20 days        _____        Misdem.      _____
     IV     21 to 60 days        _____        Felony       X____
     V      61 days and over     _____
6.   Has this case been previously filed in this District Court? (Yes or No)   NO__
If yes:
Judge: _____     Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No)  NO_____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)  NO_____
7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1,
1999?  X_ Yes_ No    If yes, was it pending in the Central Region? X_ Yes_ No

                        _____
                        JEFFREY H. KAY
                        ASSISTANT UNITED STATES ATTORNEY
                        FLA BAR. 208035

*Penalty Sheet(s) attached                                          REV.4/7/99

Case 0:00-cr-06045-DTKH Document 3 Entered on FLSD Docket 02/24/2000 Page 4 of 6

PENALTY SHEET

Defendant's Name: <u>THOMAS RANUM</u>   No.: _____

Count #I:      Wire Fraud            18:1343

 <u>*Max Penalty:     Up to 5 years' imprisonment;  $250,000 fine.</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

## BOND RECOMMENDATION SHEET

THOMAS RANUM
Defendant

PTD is recommended.

JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA  33394
FLA BAR 208035
TELEPHONE:  (954) 356-7255x3599
FACSIMILE:  (954) 356-7336

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

SOUTHERN   District of _ _ FLORIDA _ _

_ _ _ _ _ CENTRAL _ _ _ _ _ Division

## THE UNITED STATES OF AMERICA

vs.

THOMAS RANDI

# INDICTMENT

18:1343

A true bill.

_ _ _ _ _Richard M. Sher_ _ _ _ _
Foreman

Filed in open court this _ _ _ _ _ _ _ _ _ day,

of _ _ _ _ _ _ _ _ A.D. 19 _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Clerk

Bail, $ _ _ _ _ _ _ _ _ _ _ _ _ _ _

DBD-34
35