# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

THOMAS RANUM

**WARRANT FOR ARREST**

TO: The United States Marshal
and any Authorized United States Officer

CASE NUMBER:
**00-6045**
**CR-HURLEY**
MAGISTRATE JUDGE
VITUNAC

YOU ARE HEREBY COMMANDED to arrest ___THOMAS RANUM___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) wire fraud,

in violation of Title __18__ United States Code, Section(s) __1343__

---

CLARENCE MADDOX
Name of Issuing Officer

*Jenny Cutler*
Signature of Issuing Officer

Bail fixed at PTD *Pretrial Detention* by

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Fort Lauderdale, Florida   Feb. 24, 2000
Date and Location

*Barry Seltzer*  U.S. Magistrate Judge
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____THOMAS RANUM_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____3219 S. Port Royal Drive, Ft. Lauderdale, Fl_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____Norway_____

DATE OF BIRTH: _____5/27/64_____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____5'7"_____       WEIGHT: _145_

SEX: _Male_       RACE: _Brown_

HAIR: _____       EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _FBI, Miami, S/A Steven Lawrence_