UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff

CASE NO. 00-6045-CR Hurley

v.

Tom Harold Ranum
         Defendant
Ranum

REPORT COMMENCING CRIMINAL ACTION

604666-004

REC'D by _____ D.C.
MAR 29 2000
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. - W.P.B.

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 3/24/00  5:00 p.m.

2. Spoken language: English

3. Offense(s) charged: Wire Fraud

4. U.S. Citizen   [ ] YES   [X] NO   [ ] UNKNOWN

5. Date of birth: 5/27/64

6. Type of charging document: (Check One)

   [X] INDICTMENT      [ ] COMPLAINT TO BE FILED/ALREADY FILED

   CASE NO. 00-6045           CASE NO. _____

   DISTRICT: S. Dist. of Fl.   (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR

   [ ] PROBATION VIOLATION WARRANT

   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:   [ ] YES   [ ] NO

   AMOUNT OF BOND. _____

   WHO SET BOND. _____

7. REMARKS: _____

8. DATE: 3/24/00

10. AGENCY: FBI

11. ARRESTING OFFICER
    S/A Stephen G. Lawrence
    PHONE NO.
    (954) 356-0983