MAR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6045-CR-HURLEY

UNITED STATES OF AMERICA

vs

TOM H. RANUM

REC'D by _____ D.C.
MAR 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on March 27, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: _____

Telephone: _____

DEFENSE COUNSEL:   Name: _FPD - Marty Bidwell_

Address: _____

Telephone: _____

BOND SET/CONTINUED: $_____

Bond hearing held: yes____ no____ Bond hearing set for _March 30, 2000 @ 9:30 a.m. in W.P.B._

Dated this _27th_ day of _March_, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Amy Jordan_
Deputy Clerk

Tape No. _00-017_

cc: Copy for Judge
    U. S. Attorney