# COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: Tom H. Ranum (J)   CASE NO: 00-6045-CR-HURLEY
AUSA: Jeffrey Kay   ATTY: FPD - Marty Bidwell
AGENT:   VIOL:
PROCEEDING I/A-Indictment   RECOMMENDED BOND
BOND HEARING HELD - yes   REC'D by ___ D.C.   COUNSEL APPOINTED ___
      BOND SET @
      SPECIAL CONDITIONS:   MAR 29 2000       FILED by ___ D.C.
                            CLARENCE MADDOX
1) To be cosigned by:      CLERK U.S. DIST. CT.   MAR 28 2000
                            S.D. OF FLA. - W.P.B.   CLARENCE MADDOX
                                                     CLERK U.S. DIST. CT.
                                                     S.D. OF FLA. FT. LAUD.
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG: March 30, 2000 @ 9:30 a.m.
                         PRELIM/ARRAIGN: in WPB - magistrate Vitunac.
                         REMOVAL HRG:
                         STATUS CONF: April 27, 2000 @ 9:30 am.
                                       in W.P.B. - magistrate Vitunac.
                         FTL/LSS
Date: March 27, 2000 Time 11:00 a.m. TAPE #00-017  Begin: 1700 End: 1740
                                                          1800 - 1860