JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6045-Cr-HURLEY

UNITED STATES OF AMERICA,           :

        PLAINTIFF,           :

v.                                  :

THOMAS RANUM,                       :

        DEFENDANT.           :

_____

## GOVERNMENT'S MOTION TO SET A DATE CERTAIN FOR TRIAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this Motion and respectfully states as follows:

1. The United States seeks a date certain for the commencement of this trial based on the unusual nature of this case.

2. The Government's case on direct will be no more than 1 ½ days and approximately 5-6 witnesses.

3. As this is an international fraud occurring between the United States (SDFLA) and Germany, it presents unusual logistical problems.

    A.   Four (4) known prosecution witnesses reside full time in Germany;

    B.   The witnesses have been interviewed and in some cases given statements to representatives of the German government;

C. The United States Department of Justice, Office of International Affairs (OIA), which handles and has direct contact with the officials of the German Government, has advised it is against German law for U.S federal agents and prosecutors to contact witnesses directly. All contacts with the witness must go through German authorities and be translated. As a result, OIA has advised a minimum 30 day period is needed to insure any requests to get the witness here for trial is accomplished.

D. The witnesses have previously advised they are willing to come to the United States to testify at the expense of the U.S. Government.

4. The Government realizes and understands the need for fluidity in the Courts scheduling; however, due to the above time factors and cost of bringing these witnesses to the United States, the Government respectfully requests this Court to consider setting this matter for a date certain convenient to the Court, defense counsel, and the Government in order to insure the witnesses from Germany can and will be here.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: *[signature]*

JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., 7th Flr
Fort Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 28th day of March, 2000, to Marty Bidwell, Esq., Asst. Federal Public Defender, 101 N.E. 3rd Avenue, Ft. Lauderdale, Fl 33301.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY