# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 03/30/2000   TIME: 9:30 AM

DEFT. THOMAS RANUM ✓ (J)   CASE NO. 00-6045-CR-HURLEY/VITUNAC

AUSA. JEFFREY KAY ✓   ATTY. ROBERT ADLER & FEDERAL PUBLIC DEFENDER / DAVE BOGENSCHUTZ

AGENT. FBI   VIOL. 18:1343

PROCEEDING DETENTION HEARING   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION Detention not held.
Deft present with both counsels.
Atty. Bogenschutz states he will not represent deft.
Defense request a continuance - Granted
Detention hearing reset to Tuesday, 4-4-00 @ 10:00 am before Judge Johnson.

DATE: 3-30-00   TAPE: AEV 00-21-2683