cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION
Case No. 00-6045-Cr-Hurley/Vitunac



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TOM H. RANUM,

    Defendant.

_____/

### DEMAND FOR DISCLOSURES OF EXPERT WITNESS SUMMARIES

The defendant, Tom H. Ranum, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(E) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

                            KATHLEEN M. WILLIAMS
                            FEDERAL PUBLIC DEFENDER

                      By: _____
                            Robert E. Adler
                              Assistant
                            Federal Public Defender
                            Attorney for Defendant
                            Florida Bar No. 259942
                            400 Australian Avenue, Suite 300
                            West Palm Beach, FL 33401
                            TEL:(561) 833-6288/FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 3 day of April, 2000, to Assistant United States Attorney Jeffrey H. Kay, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, FL 33301.

_____
Robert E. Adler