cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION
Case No. 00-6045-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TOM H. RANUM

Defendant.

_____/

### DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL

The defendant, Tom Ranum, through undersigned counsel, invokes the rights to remain silent and to counsel with respect to any and all interrogation, regardless of the subject matter. *See McNeil v. Wisconsin,* 111 S.Ct. 2204, 2212 (1992) (Stevens, J., dissenting).

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Robert E. Adler
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 259942
400 Australian Avenue, Suite 300
West Palm Beach, FL 33401
TEL:(561) 833-6288/FAX:(561) 833-0368



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 3 day of April, 2000, to Assistant United States Attorney Jeffrey H. Kay, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, FL 33301.

_____
Robert E. Adler