cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION
Case No. 00-6045-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TOM H. RANUM,

    Defendant.

_____/

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

By: _____
        Robert E. Adler
          Assistant
        Federal Public Defender
        Attorney for Defendant
        Florida Bar No. 259942
        400 Australian Avenue, Suite 300
        West Palm Beach, FL 33401
        TEL:(561) 833-6288/FAX:(561) 833-0368



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 3 day of April, 2000, to Assistant United States Attorney Jeffrey H. Kay, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, FL 33301.

_____
Robert E. Adler