# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**  DATE: 04/04/00   TIME: 10:00 AM

DEFT. THOMAS RANUM (J)                          CASE NO. 00-6045-CR-HURLEY/VITUNAC

AUSA. JEFFREY KAY                                ATTY. ROBERT ADLER, AFPD

AGENT. FBI                                       VIOL. WIRE FRAUD
                                                       18:1343

PROCEEDING PRETRIAL DETENTION                    BOND. PTD (REQUESTED BY GOVT)

DISPOSITION Status re: Discovery - 4/27/00 @ 9:30 A.M.

Pretrial Detention hearing held. Court finds Defendant is a risk of flight and orders Defendant pretrial detained.

DATE: 4/4/00.                                    TAPE: LRJ-00- 27-425