JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6045-Cr-HURLEY

UNITED STATES OF AMERICA,          :

      PLAINTIFF,          :

v.          :

THOMAS H. RANUM,          :

      DEFENDANT.          :

FILED by _____ D.C.
APR 5 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

The Court, having been advised of the premises in the Government's Motion to Set a Date Certain for Trial and having considered the merits of the Government's motion, hereby

ORDERS the Motion to Set a Date Certain for Trial is *granted. The trial date will be set at a future status conf.* The Court, at calendar call, will advise the parties when the case can be set for a specific date.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc:    AUSA Jeffrey H. Kay
        Robert Adler, Esq. (AFPD/WPB)

