cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6045-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

THOMAS RANUM,

  Defendant.
_____/

### NOTICE OF MOOTNESS OF EXPERT DISCLOSURE DEMAND

The Defendant, through counsel, hereby states his demand for the disclosure of experts pursuant to Rule 16(E) of the Federal Rules of Criminal Procedure has been rendered moot based on the government's assurance that it will call no experts in this case.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Robert E. Adler
  Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 259942
400 Australian Avenue, Suite 300
West Palm Beach, FL 33401
TEL:(561) 833-6288/FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 17th day of April, 2000, to Assistant United States Attorney Jeffrey H. Kay, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, FL 33301.

_____
Robert E. Adler