# United States District Court

| SOUTHERN | DISTRICT OF | FLORIDA |

FILED by

00 APR 19 AM 7:09

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA

V.

THOMAS RANUM

## WARRANT FOR ARREST

**CASE NUMBER:**

# 00-6045
CR-HURLEY
MAGISTRATE JUDGE
VITUNAC

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___THOMAS RANUM___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense) wire fraud,

in violation of Title __18__ United States Code, Section(s) __1343__

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| *Jenny Butler* | Fort Lauderdale, Florida __Feb. 24, 2000__ |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at PTD *Pretrial Detention* by | *Ann Vitunac* — U.S. Magistrate Judge |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL. | | |
| DATE RECEIVED 2/24/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/24/2000 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ THOMAS RANUM _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____ 3219 S. Port Royal Drive, Ft. Lauderdale, Fl _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____ Norway _____

DATE OF BIRTH: _____ 5/27/64 _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ 5'7" _____    WEIGHT: 145 _____

SEX: ___ Male _____    RACE: ___ Brown _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: ___ FBI, Miami, S/A Steven Lawrence _____

_____