## COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 04/27/2000   TIME: 9:30 AM

DEFT. THOMAS RANUM (J)   CASE NO. 00-6045-CR-HURLEY/VITUNAC
(Deft. not required)
AUSA. JEFFREY KAY   ATTY. FEDERAL PUBLIC DEFENDER

AGENT. FBI   VIOL. 18:1343

PROCEEDING STATUS/DISCOVERY CONF.   BOND. PRETRIAL DETENTION

DISPOSITION Status/Discovery held

Parties present

Defense request an additional 2 weeks to file motions —
Granted to 5/11/00

Court orders Govt. to turn over file to Defense
Counsel from previous case. (if Govt. still has file)

DATE: 4-27-00   TAPE: AEV 00-29-3624
00-30-1