JHK:sr



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6045-Cr-HURLEY

UNITED STATES OF AMERICA,       :

        PLAINTIFF,       :

v.       :

THOMAS H. RANUM,       :

        DEFENDANT.       :

_____

## GOVERNMENTS NOTICE OF UNAVAILABILITY

Comes now, the United States of America, by and through the undersigned Assistant United States Attorney and respectfully advises the Court of the unavailability of the undersigned Assistant United States Attorney during the period June 10-17, 2000, and states as follows:

On Tuesday, May 2, 2000, undersigned counsel for the Government was advised by the U.S. Department of Justice, Office of Overseas Prosecutorial Development, Assistance and Training Section of the Criminal Division (OPDAT), he had been requested to travel to Bratislava, Slovakia (formerly part of Czechoslovakia) to teach at the OPDAT Workshop on Developing Anti-Crime Task/Strike Forces, on economic crime and public corruption. This program is conducted pursuant to United Nations mandates, the American Bar Association, and U.S. State Department to teach Slovak prosecutors and police officers in the areas of economic crime and public corruption investigations and prosecutions. Undersigned counsel is scheduled to leave on June 10, 2000 for

Slovakia and be in Bratislava from June 11-17, 2000, returning to the United Stats late on June 17, 2000.

WHEREFORE, the undersigned counsel for the United States advises the Court he will be unavailable to this Court during the period 6/10-17, 2000.

The Government respectfully believes should it be necessary to continue the trial in this matter, undersigned counsels' unavailability is in the best interests of justice and the public in administering international aide to fellow countries and is not designed for any delay or prejudice to the defendant.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
FLA BAR. 208035
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 3rd day of May, 2000 to Robert Adler, FPD, 400 Australian Avenue N., Suite 300, West Palm Beach, Fl 33401.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY