JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6045-Cr-HURLEY

UNITED STATES OF AMERICA,           :

           PLAINTIFF,           :

v.           :

THOMAS H. RANUM,           :

          DEFENDANT.           :

_____

## GOVERNMENTS RULE 404(b)
## NOTICE TO DEFENDANT RANUM

Comes now, the United States of America, and pursuant to Rule 404(b)  files this Notice of

Similar Act Evidence the Government intends to introduce.

    1.    In 1993 through 1994, the defendant, Ranum, while operating as a car broker for

exotic foreign cars defrauded two buyers then operating in London, England.  The victims are John

Ugland and his brother Andress Ugland.

    2.    In January, 1994, victim John Ugland was offered a Lamborgini 400 GT2x2 by

Ranum and paid him $55,800 USD on January 29, 1994 and never received the vehicle or the

money back.

    3.    In February, 1994, victim Andress Ugland was offered a Ferrari 330 GT 1964

Serial No. 6335 and paid $35,450 USD to Ranum.  The victim did not receive the vehicle or

money from Ranum.

The attached faxes from Ranum (acting as TR Motorsport) in 1993 and 1994 clearly demonstrate the same method and scheme he used in 1995 to defraud the victim in the Indictment in Germany.

WHEREFORE, the United States believes the 1994 scheme used by defendant Ranum to defraud the Ugland brothers in London of over $90,000 USD is admissible under Rule 404(b).

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
FLA BAR. 208035
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this _2_ day of May, 2000 to Robert Adler, FPD, 400 Australian Avenue N., Suite 300, West Palm Beach, Fl 33401.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

2





Johan Benno Ugland                                        06-14-'93

Hei Johan Benad,

I hope you are doing okay and that everything is well in Norway these days.

I have some Lamborginis that might be of interest to you.

1. 350 GT, s/n 211, Black/Tan
   Excellent Restored Car. $ 98,000,-

2. Miura S s/n 3874, Dark Blue/Tan
   Engine Rblt, Very Good Cond. $ 110,000,-

3. Islero s/n 6183, Green/Black
   65,000 Mls, Borrani's  $ 33,000,-

4. Miura LP 400  Black & White
   Nice Car, 39,000 Kms. $ Offers.



*ferrari*

Fax: 011 47 370 43318
011 47 370 40986

# TELEFAX - COVERING LETTFR

DATE: 08-18-93          PAGE: 1

TO: JOHAN B. UGLAND          FROM: TOM H. RANUM

ATTN:          CC:

Total no. of pages incl. cover: 2    Please contact us if you do not recc    pages.

HEI JOHAN,

I HOPE ALL IS WELL WITH
YOU YOUR FAMILY. I HAS AVAILABLE A LAMB
400 GT 2+2. THE CAR HAS BEEN TOTALLY
RESTORED. EVERY NUT AND BOLT, AND OF COURSE
AN ENGINE REBUILD HAS BEEN DONE. RESTORATION
WAS COMPLETED 3 YEARS AGO. 0 MLS - SINCE. ITS
BLACK WITH TAN INTERIOR AND ITS IN CONCOURS
CONDITION. IT HAS BORRANI WIRE WHEELS AND
EVERYTHING IS CORRECT ABOUT THE CAR. RESTORATION
ALONE COSTED USD 95.000,- . I BELIEVE ONE
CAN BUY THE CAR FOR USD 35. 50.000
WHICH IS A VERY GOOD PRICE. ONE CAN GET
THIS INTO NORWAY UNDER THE 30 YEAR
RULE. PL. CALL ME IN FT. LAUDERDALE AT
... 561 ... SUITE # 111.

Tom

USA 141° Stei...    NO...    Pl...    ...42 80745. Fax +4... 42 20862
                     Apt.t    en f    ..., C.A. 94115. Phone 415 929 1764. Fax 415 929 7...



Berglothu 5
4633 Krs.



# AIR MAIL

# TELEFAX - COVERING LETTER

DATE: 08-30-93                    PAGE: 1

TO: JOHAN B. UGLAND          FROM: TOM H. RENUM

TTN: .....................        CC: ...................

Total no. of pages incl. cover: __2__   Please contact us if you do not receive all pages.

HEI JOHAN BENAO,
               IF YOU ARE INTERE D
IN ANY OF THE 118's LAMBORGHINI
400 GT's I TOLD YOU ABOUT THE TIME
TO BUY ONE IS DEFINITELLY NOW. PRICES
HERE IN THE U.S. HAVE STABILIZED AND
THE SALES ARE INCREASING.





**TR MOTORSPORT**
SUBSIDIARY OF OHMLE HOLDING

Johan Bonud Ugland
16 Hydo Park Square
London, W2 2JR
England

Invoice 1191

September 22, '93

1. 1965 Lamborghini 400 GT 2+2, Black/Tan     USD 50 000,-
   Commission                                 USD  5 000,-
   Title                                        USD    300,-
   Total                                        USD 55 300,-

The car will be delivered from San Francisco, Ca to Jacksonville, Fl , C.I.F. An engine service and change of fluids will also be performed prior to delivery.

Money wiring instructions is enclosed.

Thank you for your business and we are looking forward to be of service to you in the future.

NORWAY Phone +47 42 90746. Fax +47 42 20882
USA 1410 Steiner St. Apt.ph 2E, San Francisco, C.A. 94115. Phone 415 929 1764, Fax 415 929 7309




Johan Benad Øglano                    07-01-93

I HAVE AN EXCELLENT RESTORED
LAMBORGHINI 350 GT THAT CAN
BE IMPORTED TO NORWAY WITH OUT
PAYING TAXES DUE TO THE 30 YEAR
RULES. THE CAR IS FINISHED IN
BLACK WITH TAN LEATHER INTERIOR
AND IT HAS BORRANI WIRE WHEELS.
EVERY NUT AND BOLT HAS BEEN
RESTORED ON THIS CAR

I'VE GOT DETAILED PHOTOS AND
ALL RECEIPT ALONG WITH A VEHICLE
EVALUATION        AND WILL SEND
THAT TO YOU IF YOU ARE INTERESTED



Ferrari

FAX: 011 47 370 43318
01 47 370 40986

# TELEFAX - COVERING LETTER

DATE: 08-18-93                    PAGE: 1

TO: JOHAN B. UGLAND          FROM: TOM H. RANUM

ATTN: ...........................          CC: ...........................

Total no. of pages incl. cover: 2    Please contact us if you do not rec.......... ages.

HEI JOHAN,

I HOPE ALL IS WELL WITH YOU AND YOUR FAMILY. I HAVE AVAILABLE A LAMBORGHINI 400 GT 2+2. THE CAR HAS BEEN TOTALLY RESTORED. EVERY NUT AND BOLT, AND OF COURSE AN ENGINE REBUILD HAS BEEN DONE. RESTORATION WAS COMPLETED 3 YEARS AGO. 0 MLS SINCE. ITS BLACK WITH TAN INTERIOR AND ITS IN CONCOURS CONDITION. IT HAS BORRANI WIRE WHEELS AND EVERYTHING IS CORRECT ABOUT THE CAR. RESTORATION ALONE COSTED USD 95,000,-. I BELIEVE ONE CAN BUY THE CAR FOR USD 35-40,000, WHICH IS A VERY GOOD PRICE ONE CAN GET THIS CAR INTO NORWAY UNDER THE 30 YEAR RULE. PLEASE CALL ME IN FT. LAUDERDALE AT 05-561    SUITE # 111.

Tom

NO!    Pl    ' 42 90745. Fax +4" 42 20652
A 141? Stein    Apt.:    an :    ., C.A. 94115. Phone 415 929 1764. Fax 415 929 731..

FAX 40 43318
+41 570 40986

# TELEFAX - COVERING LETTER

DATE: 08-29-9?                  PAGE: 7

TO: JOHAN B UGLAND          FROM: TOM H. KANUM

ATTN.                        CC:

Total  pages incl cover: 1      Please contact us if you do not receive all pages

HEI JOHAN,

I HOPE YOU HAD A GOOD
HUNTING TRIP. REGARDING THE
LAMBORGHINI 400 GT 2+2, I HAVE
ANOTHER AVAILABLE. THAT'S A CABRIOLET
WHICH IS IN CONC   CONDITION AS WELL.
ITS LIGHT BLUE METALL  WITH GREY
LEATHER AND BLUE TOP. ITS WITH
ONE OF MY PRIVATE CLIENTS HERE IN
FT. LAUDERDALE. ONLY 2 CARS WAS
MADE BY THE FACTORY. THIS CAR IS A
CONVERSION, BUT DONE PROFESSIONALLY
ABOUT USD 65 000,-
YOU CAN REACH ME AT 315 561 5950
SUITE 777. THAT'S IN FT. LAUDERDALE.



TR MOTORSPORT
SUBSIDIARY OF GIMLE HOLDING

# MONEY WIRING INSTRUCTIONS

KREDITKASSEN AVD. SØRLANDET

MARKENSGATE 11 - 16

4601 KRISTIANSAND S

NORWAY

PHONE: + 47 42 78 100   FAX: + 47 42 78 451

TELEX: 21 355 sobax n      S.W I.F.T. : XIAN

TO FURTHER CREDIT THE ACCOUNT OF:

GIMLE HOLDING INTERNATIONAL

C/O   TOM H. RANUM

BERGLJOTS VEI 5

4633 KRISTIANSAND S

NORWAY

ACCOUNT NUMBER: 6320 04 41 720





# TR MOTORSPORT
### SUBSIDIARY OF GIMLE HOLDING

7.

Johan Benad Ugland
16 Hyde Park Square
London, W2 2JR
England

Invoice 1041

September 22, '93

| | | |
|---|---|---|
| 1. 1965 Lamborghini 400 GT 2+2, Black/Tan | USD 50 000,- | |
| Commission | USD  5 000,- | |
| Title | USD    300,- | |
| Total | USD 55 300,- | |

The car will be delivered from San Francisco, Ca to Jacksonville, Fl, C.I.F. An engine service and change of fluids will also be performed prior to delivery.

Money wiring instructions is enclosed.

Thank you for your business and we are looking forward to be of service to you in the future.

NORWAY Phone +47 42 90745  Fax +47 42 30652

# UGLAND BROTHERS LTD

OUR REF:

YOUR REF:

CASTLE HILL
BISHOPSGATE ROAD
ENGLEFIELD GREEN
EGHAM, SURREY TW20 0YX
TELEPHONE (0784) 438923
TELEX:      8812189 UGLAND G
FAX:        (0784) 437056
            (0784) 472802

## FACSIMILE MESSAGE

DIRECT FAX LINE:
44 784 472903

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO**          : Johan Benad Ugland

**FAX NO**      : 010-47-37 04 33 18

**FROM**        : Hege M. Pearson

**DATE**        : 22 September 1993                    NO PAGES  : 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hei Johan,

Tom Ranum har bedt meg sende deg følgende info:-

$ 55,300

Kreditkassen
Kristiansand
Konto navn: Tom H. Ranum
Konto nr: 6320.04.41720
Swift: XANNOKKXIII

Vennlig hilsen.

Hege M. Pearson

Att: Sandvik Sparebank
Fra: Johan B. Uglund.

Tjore, 4890 Grimstad
Telefon 37 04 39 65
Telefax 37 04 33 18
Personsøker (096) 91 191      29/7/93

Re : Servilkårskonto 2949   07   11136

Kan dere overføre fra ovr konto kr. 1M
enmillionkroner til min brukskonto
2949   10   11155   og så foreta følgende
utbetalinger :

1) - Overfør USD 55300. - femtifem tusentrehundredollar
   til Kreditkassen Avd. Sørlandet . Markensgate
   11-16, 4601 kristiansand. S     Tel 380-78100
   Fax 380-78451 .     S.W.I.F.T.  X I A N   NO  K K KRS
   A/c i navn : Gimle Holding International
     A/c Nr 6320   04   41720

2) - Overfør NKr 500 000. -   femhundretusen - kroner
   i Engelsk £ til Peachey & Co.
   Coutts & Co , 188  Fleet Street. London EC 4A 2HT
   England.     Sort Code   18-00-09.
   A/c Nr 45607521 .   Merk overføring REF referanse
     REAT /....                        Hilsen

# Storegrå Gård

Att: Tom X. Ranum

Tjøre, 4890 Grimstad
Telefon 37 04 39 65
Telefax 37 04 33 18
Personsøker (096) 91 191    8/10/93

### Re: Lamborghini 400 GT 2+2

1) Please let me know when car is ready for shipment.

2) Also let me have papers & invoice car will be shipped to Norway. 1994 Title & Invoice USD 22000,—

3) ~~Optimal Quest~~ Tom Nilsen or Steven Fitzgerald. HUAL Oslo will be handling the shipment to Norway for me
Tel  22 41 7100
Fax  22 41 6382

I talked with Tom Nilsen today and warned him that you will be contacting him.

I will be in Norway until Monday 11/10 London until 17/10 Then Cayman

Private addresses enclosed page.

**Storegra Gård**

Tom Ranum

Tjore. 4890 Grimstad
Telefon 37 04 39 65
Telefax 37 04 33 18
Personsøker (096) 91 191    26/12/93

I am at Kristen over New Year
on my mobile 942 - 93097, back
at my farm ca 4/1/94. May be we
could meet then? How is progress of shipment?

Happy new Year.



# TR MOTORSPORT
### SUBSIDIARY OF GIMLE HOLDING

*To FAX: 011-47-37 04 33 18*

# TELEFAX - COVERING LETTER

DATE: 11-29-93                          PAGE: 1

TO: JOHAN B. UGLAND              FROM: TOM H. RANUM

ATTN:                                   CC:

Total no. of pages incl. cover: 1  Please contact us if you do not receive all pages.

HEI JOHAN,

I GOT YOUR FAX OF TODAY. THE CAR IS
GOING TO BE SHIPPED FROM SAN FRANCISCO
TO FLORIDA ON FRIDAY DECEMBER 3RD.
I WILL CALL H.U.A.L. TOMORROW TO
SCHEDULE SHIPPING FROM JACSONVILLE
TO GÖTEBORG.

P.S. I WILL BE AT MY NEW
NUMBERS IN FT. LAUDERDALE
FROM DECEMBER 7TH.

**NORWAY:** Bergljots Vei 5, 4633 Kr. Sand S. Phone: + 47 38 09 07 45. FAX: + 47 38 09 48 19
**USA:** 3219 S. Port Royale Dr. # F, Ft. Lauderdale, FL 33308. Phone: 305-771-4627. FAX: 305-771-4863

# Storegra Vard

Tjore, 4890 Grimstad
Telefon 37 04 39 65
Telefax 37 04 33 18
Personsøker (096) 91 191

29/11/93

Att.: Tom Ranum

From: Johan B. Ugland.

Re: Lamborghini 400 GT 2+2

Please let me know status.

14.



# TR MOTORSPORT
### SUBSIDIARY OF GIMLE HOLDING



Johan B. Ugland.

Hei Johan Benad,

I'm now in Norway and I have all the paper work on the Lamborghini with me. I would like to give it to you during Christmas if possible. I'll give you a call. I wish you and your family a Merry Christmas and a Happy New Year!

Tom H. Ranvm

---

**NORWAY:** Bergljots Vei 5, 4633 Kr. Sand S. Phone: + 47 38 09 07 45. FAX: + 47 38 09 48 19
**USA:** 3219 S. Port Royale Dr. # F, Ft. Lauderdale, FL 33308. Phone: 305-771-4627. FAX: 305-771-4863







# TELEFAX - COVERING LETTER

TE: 12-07-95          PAGE: 1

: A.O.V.              FROM: T.H.R.

TN:                   CC:

tal no. of pages incl. cover: ___2___    Please contact us if you do not receive all pages.

HEI ANDREAS,

HAVE YOU MADE AN OFFER ON THE TDF S/N 0383?
PLEASE GIVE ME A CALL WHEN YOU HAVE
A CHANCE. FURTHER PLEASE WIRE USD
3000,- IN COMMISSION FOR THE 330 GT 2+2
PLUS USD 1495,- FOR TRANSPORTATION FROM
LA TO JACSONVILLE A TOTAL OF USD 4495,-
TO MY ACCOUNT IN S.F. INSTRUCTIONS ARE
ENCLOSED.

**NORWAY:** Bergljots Vei 5, 4633 Kr. Sand S. Phone: + 47 38 09 07 45. FAX: + 47 38 09 48 19

A: 3219 S. Port Royale Dr # F. Ft. Lauderdale, FL 33308. Phone: 305-771-4627. FAX: 305-771-4863





# TELEFAX - COVERING LETTER

DATE: 01-01-94

PAGE: 1

TO: Johan B. Ugland

FROM: Tom H. Ranum

ATTN:

CC:

Total no. of pages incl. cover: 1    Please contact us if you do not receive all pages

Hei Johan,

HAPPY NEW YEAR! I AM FLYING BACK TO USA ON MONDAY SO WE CANNOT MEET ON THE 4TH. HOWEVER I WILL DROP OFF THE PAPERS FOR THE LAMBORGHINI AT ANDREAS'S PLACE TOMORROW IF HE IS THERE. FURTHER I HAVE AVAILABLE A 1968 MIURA, YELLOW/BLACK TOTALLY RESTORED. USD 70.000,- ALSO 1. 1991 DIABLO YELLOW/BLACK, 7000 KM USD 89.000,- 2. LM 002, 1988, BLACK/BLACK, 3800 KM, USD 60.000,- THESE PRICES ARE OWNERS ASKING PRICES. CARS ARE IN EUROPE.

Tom

Andreas O. Ugland
12 Templewood Avenue
London NW3 7XA

Hampstead  13/2 -94

Attn  Tom Radum
Gimle Holdings

Ref. 330 GT & Lamborghini 400

Please transfer money in return due to non
availability of the above two cars to

Andrew O. Ugland
Lillesand Sparebank
Boks 24,  4791 Lillesand  Norway
Account Nº 2850  68  17252

Please confirm to fax in London

44 71  433 3733  when transfer made.

Per our understanding  money will be transferred
within one week.

Yours sincerely

Andreas O. Ugland





**TR MOTORSPORT**

SUBSIDIARY OF GIMLE HOLDING

---

# TELEFAX - COVERING LETTER

| | |
|---|---|
| ATE: 02-18-94 | PAGE: 1 |
| ): A.O.U. | FROM: T.H.R |
| TN: | CC: |

tal.no. of pages incl. cover: ___1___   Please contact us if you do not receive all pages.

---

HEI ANDREAS,

I'VE INSTRUCTED MY BANK
TO SEND YOU YOUR MONEY BACK TODAY.

*Tom*

Left message 28/2 – on his answering machine
many has not arrived.

---

**NORWAY:** Bergljots Vei 5, 4633 Kr. Sand S. Phone: + 47 38 09 07 45. FAX: + 47 38 09 48 19





# TR MOTORSPORT
### SUBSIDIARY OF GIMLE HOLDING

---

# TELEFAX - COVERING LETTER

03-02-94

A.O.U.

**PAGE:** 1

**FROM:** T. H. R.

**CC:**

---

no. of pages incl. cover: _____1_____   Please contact us if you do not receive all pages.

HEi ANDREAS,
I'VE BEEN IN CONTACT
WITH THE BANK. APPARENTLY THE MONEY HAS
NOT BEEN SENT DUE TO A CHECK THAT
WAS DEPSITED HAS NOT CLEARED YEY. I HOPE
WILL CLEAR BY FRIDAY. I WILL CALL
YOU THEN AS I WILL BE GONE TOMORROW.

Tom

---

**NORWAY:** Bergljots Vei 5, 4633 Kr. Sand S. Phone: + 47 38 09 07 45. FAX: + 47 38 09 48 19
3219 S. Port Royale Dr. # F, Ft. Lauderdale, FL 33308. Phone: 305-771-4627. FAX: 305-771-4863

**Andreas O. Ugland**
12 Templewood Avenue
London NW3 7XA

Hampstead  _15/3 - 94_

Attn Tom Ranum
Florida

On the 5th of March you sent me a fax after me repeatedly asking for the money back on the Ferrari 330 GT and the Lamborghini 400 GT that you had promised me. You have made several excuses but the money has not arrived what is the situation? Please also update me on what you have done to get the cars back.

The money owed is as you know:

Lamborghini    USD  55 300, -
Ferrari          USD  35 495, -
                 USD  90 795

Please revert urgently.

Yours sincerely





# TELEFAX - COVERING LETTER

E: 03-13-94     PAGE: 1

A.O.U.     FROM: T.H.R.

N:     CC:

al no. of pages incl. cover: _____1_____    Please contact us if you do not receive all pages.

Hei Andreas,

Got your fax of today.
Yes, I do know I have repeatedly promised to send you your money back. However, loosing the cars have set me back financially. To make the situation worse for me I have some customers who do not pay me what the owe me. Further some have given me checks that does not clear. This is why you have not gotten your money yet. I will have to take legal action by tomorrw against my clients. Then I will see what happens. I'll call you tomorrow.

Tom

NORWAY: Bergljots Vei 5, 4633 Kr. Sand S. Phone: + 47 38 09 07 45. FAX: + 47 38 09 48 19

3219 S. Port Royale Dr. # F, Ft. Lauderdale, FL 33308. Phone: 305-771-4627 FAX:





**TR MOTORSPORT**
SUBSIDIARY OF GIMLE HOLDING

# TELEFAX - COVERING LETTER

RE: 03-24-93                    PAGE: 1
A.O.V                           FROM: T.H.R

TN:                             CC:

al no. of pages incl. cover: ___2___    Please contact us if you do not receive all pages.

HEI ANDREAS,
                    I'M VERY SORRY THAT I
DID NOT CALL YOU TODAY BUT I HAD TO
ATTAIN SOME VERY URGENT BUSINESS MATT-
HOWEVER, LET THERE BE NO QUESTION
ABOUT THAT I WANT TO RESOLVE THIS
AS MUCH AS YOU AND J.B. ARE. I WANT
TO DO THE RIGHT THING, WHICH IS TO COMPENSA
THE TWO OF FOR YOUR LOSSES. AS I WILL
TELL YOU I NEED FOR THE TWO OF YOU
TO WORK WITH ME AS WELL. LET IT BE
KNOW THA I DO NOT BLAME YOU FOR
BEL     THAT I HAVE CHEATED YOU

**NORWAY:** Bergljots Vei 5, 4633 Kr. Sand S. Phone     7 38 09 07 45. FAX: + 47 38 09 48 19
: 3219 S. Port Royale Dr. # F, Ft. Lauderdale, FL 33308. Phone: 305-771-4627. FAX: 305-771-4863

15.




HOWEVER, I HAVE NOT DONE THAT! I AM
THE ONE WHO HAS BEEN CHEATED! AND
I HAVE TO PAY FOR IT! IT'S VERY HARD
FOR ME TO PROVE THE MATTER AS I DON'T
HAVE ANY SPECIFICS IN WRITING. THIS DEAL
HURTS ME VERY MUCH PERSONALLY THAT I
AM THE GANGSTER HERE  WHEN IT LOOKS
LIKE SOME ONE HAS COMMITED MORE OR
LESS THE PERFECT SCAM. BUT I AM SURE
THAT SOMEDAY THEIR TIME WILL COME.

I AM AWARE OF THAT YOU HAVE PUT
A LOT OF TRUST IN ME DURING OUR DEALINGS
YOU OBVIOUSLY FEEL THAT I HAVE BROKEN
THIS TRUST. AND WHO WOULDN'T! HOWEVER,
LET ME GET THE BENEFIT OF THE DOUBT
IF YOU WOULD. LET ME SHOW YOU THAT
I AM NOT THE BAD GUY HERE. AND I WILL
IF LET ME. MAYBE WE CAN MAKE SOMETHING
POSITIVE OUT OF A NEGATIVE SITUATION.
ANY WAYS, LET'S TALK FRIDAY EVENING.

NORWAY: Bergliots Vei 5, 4633 Kr. Sand S. Phone: + 47 38 09 07 45. FAX: + 47 38 09 48 19

*Andreas O. Ugla*
12 Templewood Avenue
London NW3 7XA

Hampstead _24/3-94_

Attn Tam Ranum
Florida

Many Thanks for your fax of today.
I have sent it over to Johan to get
his reaction.

I will be in Cayman from tomorrow
night.

Let's talk from then.

cc JBU

**Storegra Gård**

Att. Tom Ranum

Tjøre, 4890 Grimstad
Telefon 37 04 39 65
Telefax 37 04 33 18
Personsøker (096) 91 191

19/6/94

<u>Re: Our meeting 22/6/94</u>

I am disappointed you are not able to meet. It is not easy for both AOCI & myself to find a mutual date.

I will talk to him tonight and rethink how to proceed.

Yours sincerely





# TR MOTORSPORT
### SUBSIDIARY OF GIMLE HOLDING

JOHAN B. UGLAND                    06-28-94

HEI JOHAN BENAD,

JEG ER I NORGE NÅ. VIL DU
VENNLIGST RINGE MEG PÅ MOBIL
TELEFON 942 92759 NÅR DU
HAR ANLEDNING SÅ KAN VI PRØVE
Å FÅ TIL ETT MØTE MELLOM
MEG OG DEG INNTIL ALLE TRE
KAN MØTES.

**NORWAY:** Bergljots Vei 5, 4633 Kr. Sand S. Phone: + 47 38 09 07 45. FAX: + 47 38 09 48 19
**USA:** 3219 S. Port Royale Dr. # F, Ft. Lauderdale, FL 33308. Phone: 305-771-4627. FAX: 305-771-4862



# TR MOTORSPORT
### SUBSIDIARY OF GIMLE HOLDING

*ferrari*

ANDREAS O. UGLAND                    07-19-94
VIA FAX: 990-47-372 72485

HEI ANDREAS,
        I'M IN FINLAND AT THE
MOMENT BUT WILL BE IN NORWAY TOMORROW
EVENING. LET'S SEE IF YOU AND
YOUR BROTHER CAN MEET WITH ME
ON THURSDAY OR FRIDAY. I'LL CALL
YOU ON THURSDAY TO CHECK.
WHAT ABOUT THE AIRPLANE?
ANY NEWS?




# TR MOTORSPORT
### SUBSIDIARY OF GIMLE HOLDING

---

# TELEFAX - COVERING LETTER

DATE: 07-22-94                    PAGE: 1

TO: A.O. & J.B. UGLAND            FROM: Tom H. Ranum

ATTN:                             CC:

---

Total no. of pages incl. cover: 1    Please contact us if you do not receive all pages.

Hi Guys,

I GOT A LITTLE DELAYED TO NORWAY, HOWEVER. I'VE CALLED BOTH OF YOU. NO ANSWER. PLEASE CALL ME AT 920 34584 FOR A MEETING.

Tom