

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
  Plaintiff,

v.                                                        CASE NO. 00-6045-CR-HURLEY

THOMAS RANUM,
  Defendants.
_____/

## ORDER SETTING TRIAL

**THIS CAUSE** was before the court at a status conference on May 8, 2000. Counsel representing the parties were present and the proceedings were court reported. The court being fully informed, it is

**ORDERED** and **ADJUDGED** as follows:

1. Unless instructed otherwise by subsequent order, all proceedings in this case shall be conducted in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

2. This case is set for trial on the trial calendar that commenced on **May 1, 2000.**

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this ___9th___ day of May, 2000.

copy furnished:
AUSA Jeffrey H. Kay
AFPD Robert Adler

                                    Daniel T. K. Hurley
                                    United States District Judge