UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6045-Cr-HURLEY

UNITED STATES OF AMERICA    :

vs.                         :

THOMAS RANUM,               :

          Defendant.      :

_____

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Southern District of Florida hereby dismisses the INDICTMENT against the defendant THOMAS RANUM, due to the fact the victim Axel Schuette of Germany refuses to come to the United States to testify in the trial at the expense of the Government.

Date: 5/15/10

THOMAS E. SCOTT
UNITED STATES ATTORNEY

Date: May 16, 2000

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc: Marshal
    U.S. Attorney's Office (AUSA JEFFREY H. KAY)
    Pre Trial Services
    FPD/Robert Adler

